# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

David Holmes

                Plaintiff,

v.                                      Case No.: 1:21−cv−05218
                                                            Honorable Charles R. Norgle Sr.

City Of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 7, 2022:

      MINUTE entry before the Honorable Charles R. Norgle: Written status report is due by 2/1/2022. This entry includes an attachment that was omitted in entry [19]. Mailed notice (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.